# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No: 03-64948 |
| LOUVENIA ANN BLANKENSHIP | |
| 6527 BIRCH PKY | Judge: CHARLES M. CALDWELL |
| GALLOWAY, OH  43119 | |

SSN(S):    XXX-XX-3037

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:  May 24, 2010         /s/ Frank M. Pees
                             Frank M. Pees
                             Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| COLUMBUS TECHNEGLAS C U<br>2100 N WILKINSON WAY<br>PERRYSBURG, OH  435511598 | 24.02 |